■ In the Matter of TOMAS E. and Another, Infants. ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CAROL E., Appellant. (Appeal No. 3.) [744 NYS2d 747] —Appeal from an order of Family Court, Allegany County (Hartley, J.H.O.), entered May 24, 2001, which directed respondent to observe certain conditions of behavior.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously vacated without costs.

Same memorandum as in *Matter of Tomas E.* ([appeal No. 2] 295 AD2d 1015). Present—Pine, J.P., Hurlbutt, Burns, Gorski and Lawton, JJ.